**CUBBAGE v. BD. OF TR. OF ENDOWMENT FUND OF N.C. STATE UNIV.**

[367 N.C. 778 (2014)]

| | | |
|---|---|---|
| CUBBAGE, et al. | ) | |
| | ) | |
| | ) | |
| v. | ) | From Wake County |
| | ) | |
| | ) | |
| THE BOARD OF TRUSTEES OF THE | ) | |
| ENDOWMENT FUND OF NC STATE | ) | |
| UNIVERSITY, et al. | ) | |

No. 380A14

## ORDER

Upon consideration of the appeal certified by this Court on 10 October 2014 prior to a determination by the Court of Appeals and heard by this Court on 17 November 2014, the following order was entered:

Dismissed as Moot *ex mero motu* by order of the Court in conference, this 18th day of December, 2014.

s/Hunter, J.
For the Court